NEW JERSEY ELECTRIC RAILWAY COMPANY, PLAINTIFF
IN ERROR, v. NEW YORK, LAKE ERIE AND WESTERN
RAILROAD COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Su-
preme Court, see 31 *Vroom* 338.

For the plaintiff in error, *William B. Gourley.*

For the defendant in error, *Cortlandt & R. Wayne Parker.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, COLLINS, DEPUE, DIXON, GUMMERE, LUDLOW, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH.   12.

*For reversal*—None.